ORIGINAL

Coralean D. Chavis
1025 S. Fir Ave.
Inglewood, CA 90301
Telephone: (310) 901-6002
Facsimile: (310) 684-3552

FILED
JUN 08 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Coralean D. Chavis, In Pro Per

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN RE:

CORALEAN D. CHAVIS,

Debtor.

CASE NO.  2:10-bk-29580
CHAPTER: 13

The Honorable Vincent P. Zurzulo

**MOTION TO EXTEND TIME FOR SUBMITTING INCOMPLETE FILINGS PERTAINING TO CHAPTER 13 BANKRUPTCY PETITION**

I am applying to this Court for an Order Extending the Time to submit incomplete filings and hereby represent:

1.    I am the Debtor in the above entitled action. I have personal knowledge of the facts set forth herein, which are true and correct, and I am a competent and able individual who could and would testify as to such facts

2.    I filed this Chapter 13 bankruptcy in pro per on **May 17, 2010** ("the initial filing date").

3.    The deadline to submit the incomplete documents was **June 1, 2010**.

4.  The reason I need additional time to file the incomplete documents and schedules is because shortly after the initial filing date, my mother, who lives in Henderson, had a sudden health emergency which required my immediate departure.

5.  I was in Henderson for twelve days handling my mother's health crisis and was unable to gather the required documents to complete the bankruptcy filing. I have already consulted with an attorney to help me complete the filing, but the family emergency which pulled me away from Los Angeles, prevented me from having access to pertinent documents required for the completion of the bankruptcy & officially retaining an attorney.

5.  On June 2, 2010, within 15 days of the initial filing date, I attempted to file this Motion for Extension electronically. I was grateful to be able to use a friend of a friend's electronic filing account, (that person is not representing me in this bankruptcy), because I wanted to make sure that I filed the extension in a timely manner, and felt helpless as I was held up in Henderson, Nevada attending to my mother, as set forth above. Since I was not in Los Angeles, and was unable to file the Motion for Extension in person, I thought that the only option I had was to attempt to file electronically.

For the reasons set forth above, I respectfully request and beg that the Court enter an Order granting me an Extension until **June 21, 2010**, to submit the incomplete filing documents.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, and that this Motion and declaration was executed on June 7, 2010 in California.

Dated: 6/7/2010

By: *Coralean D Chavis*
Coralean D. Chavis, Debtor
In Pro Per

- 2 -
MOTION TO EXTEND TIME FOR SUBMITTING INCOMPLETE FILINGS: Chapter 13 (Case No. 2:10-bk-29580)

| In re: Chavis, Coralean D. | | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:10-bk-29580 |

### NOTE TO USERS OF THIS FORM:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER TO EXTEND TIME FOR SUBMITTING INCOMPLETE FILINGS PERTAINING TO CHAPTER 13 BANKRUPTCY PETITION
_____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 6/2/10_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Chapter 13 Trustee    Nancy K. Curry    ecfnc@trustee13.com
Office of the U.S. Trustee                ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor:
Coralean D. Chavis
1025 S. Fir Avenue
Inglewood, CA 90301

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

US Trustee
7025 S Figueroa Street
Los Angeles, CA 90017

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                        **F 9021-1.1**

| In re: Chavis, Coralean D. | | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:10-bk-29580 |

**ADDITIONAL SERVICE INFORMATION** (if needed):

American Express
200 Vesey Street
New York, NY 10285

Chase Corporation
Bethany House
26 Summer Street
Bridgewater, MA 02324

Deutsche Bank National Trust Company
1761 East Saint Andrew Place
Santa Ana, CA 92705

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

| In re: Chavis, Coralean D. | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-bk-29580 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1025 S. Fir Ave.
Inglewood, CA 90301

A true and correct copy of the foregoing document described as  MOTION TO EXTEND TIME FOR SUBMITTING INCOMPLETE FILINGS PERTAINING TO CHAPTER 13 BANKRUPTCY PETITION  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  6/7/10  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

US Trustee
725 South Figueroa Street
Los Angeles, CA 90017

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  6/7/10  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Chambers of the Honorable Vincent P. Zurzulo
United States Bankruptcy Court
255 East Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/7/10 | Shanee Chavis | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                        F 9013-3.1

| In re: Chavis, Coralean D. | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-bk-29580 |

**ADDITIONAL SERVICE INFORMATION (if needed):**

American Express
200 Vesey Street
New York, NY 10285


Chase Corporation
Bethany House
26 Summer Street
Bridgewater, MA 02324


Deutsche Bank National Trust Company
1761 East Saint Andrew Place
Santa Ana, CA 92705

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 9013-3.1

| In re: Chavis, Coralean D. | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-bk-29580 |

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I. below:** The United States trustee and case trustee (if any) will always be in this category.
4) **Category II. below:** List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER TO EXTEND TIME FOR SUBMITTING INCOMPLETE FILINGS PERTAINING TO CHAPTER 13 BANKRUPTCY PETITION _____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 6/2/10 _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Chapter 13 Trustee     Nancy K. Curry     ecfnc@trustee13.com
Office of the U.S. Trustee                 ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor:
Coralean D. Chavis
1025 S. Fir Avenue
Inglewood, CA 90301

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

US Trustee
7025 S Figueroa Street
Los Angeles, CA 90017

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                    F 9021-1.1

| In re: Chavis, Coralean D. | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-bk-29580 |

**ADDITIONAL SERVICE INFORMATION** (if needed):

American Express
200 Vesey Street
New York, NY 10285

Chase Corporation
Bethany House
26 Summer Street
Bridgewater, MA 02324

Deutsche Bank National Trust Company
1761 East Saint Andrew Place
Santa Ana, CA 92705

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

| In re: Coralean D. Chavis | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-bk-29580 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1025 S. Fir Ave.
Inglewood, CA 90301

A true and correct copy of the foregoing document described as MOTION TO EXTEND TIME FOR SUBMITTING INCOMPLETE FILINGS PERTAINING TO CHAPTER 13 BANKRUPTCY PETITION will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 6/7/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

US Trustee
725 South Figueroa Street
Los Angeles, CA 90017

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 6/7/10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Chambers of the Honorable Vincent P. Zurzulo
United States Bankruptcy Court
255 East Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/7/10 | Shanee Chavis | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                         F 9013-3.1

| In re: Coralean D. Chavis | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-bk-29580 |

**ADDITIONAL SERVICE INFORMATION (if needed):**

American Express
200 Vesey Street
New York, NY 10285


Chase Corporation
Bethany House
26 Summer Street
Bridgewater, MA 02324


Deutsche Bank National Trust Company
1761 East Saint Andrew Place
Santa Ana, CA 92705

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1