FILED & ENTERED

JUN 18 2010

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY lewis        DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CORALEAN D. CHAVIS,<br><br><br>Debtor. | Case No. 2:10-bk-29580-VZ<br><br>Chapter 13<br><br>**ORDER DENYING APPLICATION FOR EXTENSION OF TIME FOR DEBTOR TO FILE SCHEDULES AND/OR PLAN**<br><br>Date:<br>Time:    (No hearing)<br>Place: |

On June 8, 2010, Coralean D. Chavis ("Debtor") filed a Motion to Extend Time for Submitting Incomplete Filings Pertaining to Chapter 13 Bankruptcy Petition ("Application"). The assertions made in the Application were not supported by evidence and do not establish cause for granting the Application. Based upon the foregoing, **IT IS ORDERED** that the Application is **DENIED**.

DATED: June 18, 2010

_____
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER DENYING APPLICATION FOR EXTENSION OF TIME FOR DEBTOR TO FILE SCHEDULES AND/OR PLAN was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of __**June 17, 2010**__, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

*(See NEF for confirmation of Electronic Transmission):*
**Chapter 13 Trustee**    Nancy K Curry    ecfnc@trustee13.com
**United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

*Pro Se* **Debtor**:
Coralean D Chavis
1025 S Fir Avenue
Inglewood, CA 90301

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page