# United States Bankruptcy Court
## Central District Of California

**255 East Temple Street, Los Angeles, CA 90012**

# ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**
Coralean D Chavis

**BANKRUPTCY NO.** 2:10–bk–29580–VZ

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):   xxx–xx–2976
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 7/2/10

**Address:**
1025 S Fir Avenue
Inglewood, CA 90301

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1) The case is dismissed.

2) The automatic stay is vacated.

3) Any discharge entered in this case is vacated.

4) The Court retains jurisdiction on all issues arising under Bankrupcty Code § 110, 329 and 362.

Pursuant to Bankruptcy Code Section 349, debtor is prohibited from filing any new bankruptcy petition.

Dated: July 2, 2010

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form van23b–odmwab VAN–23) Rev. 11/09

**17 / VC**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: vcaldwayC              Page 1 of 1                   Date Rcvd: Jul 02, 2010
Case: 10-29580                 Form ID: van23b              Total Noticed: 22
```

```
The following entities were noticed by first class mail on Jul 04, 2010.
db           +Coralean D Chavis,    1025 S Fir Avenue,     Inglewood, CA 90301-3720
aty          +David J Boyer,    Robert J Jackson & Associates Inc,     4199 Campus Dr Ste 700,
               Irvine, CA 92612-4698
aty          +Joe M Lozano, Jr,    Vander Linden & Wernick P C,     9441 LBJ Freeway Ste 350,
               Dallas, TX 75243-4652
tr           +Nancy K Curry,    606 South Olive Street, Suite 950,     Los Angeles, CA 90014-1668
smg           Employment Development Dept.,     Bankruptcy Group MIC 92E,    P.O. Box 826880,
               Sacramento, CA 94280-0001
smg           Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA 90053-0200
ust          +United States Trustee (LA),     725 S Figueroa St., 26th Floor,    Los Angeles, CA 90017-5524
cr           +DEUTSCHE BANK NATIONAL TRUST COMPANY,     c/o Robert J. Jackson & Associates, Inc.,
               4199 Campus Drive,    Suite 700,    Irvine, CA 92612-4698
cr            PennyMac Loan Services, LLC.,     P.O. Box 829009,    Dallas, TX 75382-9009
26424993     +CHASE CORPORATION,    BETHANY HOUSE,    26 SUMMER STREET,    BRIDGEWATER MA 02324-2626
26424995     +CORALEAN D CHAVIS,    1025 SOUTH FIR AVENUE,    INGLEWOOD CA 90301-3720
26799287      CitiMortgage, Inc.,    P O Box 6941,    The Lakes, NV 88901-6941
26424994     +DEUTSCHE BANK NATIONAL TRUST COMPANY,     1761 EAST SAINT ANDREW PLACE,    SANTA ANA CA 92705-4934
26738579     +Department Stores National Bank/Macys,     Nco Financial Systems, Inc.,    PO Box 4275,
               Norcross, GA 30091-4275
26690672     +PRA Receivables Management, LLC,     As Agent Of Portfolio Recovery Assocs.,    c/o N,    POB 41067,
               Norfolk VA 23541-1067
26424996     +US TRUSTEE,    725 SOUTH FIGUEROA STREET,     LOS ANGELES CA 90017-5524
The following entities were noticed by electronic transmission on Jul 03, 2010.
aty          +EDI: RECOVERYCORP.COM Jul 02 2010 21:33:00      Ramesh Singh,    Recovery Management Systems Corp,
               25 S E 2nd Ave Ste 1120,     Miami, FL 33131-1605
smg           EDI: CALTAX.COM Jul 02 2010 21:33:00      Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,
               Sacramento, CA 95812-2952
26424992     +EDI: AMEREXPR.COM Jul 02 2010 21:28:00      AMERICAN EXPRESS,    200 VESEY STREET,
               NEW YORK NY 10285-0002
26832037      EDI: CAPITALONE.COM Jul 02 2010 21:28:00      Capital One Bank (USA), N.A.,
               by American Infosource Lp As Agent,    PO Box 71083,    Charlotte, NC 28272-1083
26689289     +E-mail/Text: bknotice@ncmllc.com                            National Capital Management, LLC.,
               8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741,    USA
26579795      EDI: WFFC.COM Jul 02 2010 21:38:00      Wells Fargo Bank, N.A.,    Home Equity Group,
               X2303-01A - 1 Home Campus,    Des Moines, IA 50328-0001
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2010**                         **Signature:** _Joseph Speetjens_